**JASON K. SINGLETON**, State Bar # 166170
jason@singletonlawgroup.com
**RICHARD E. GRABOWSKI**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite "A"**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX:  441-1533**

**Attorneys for Plaintiff, DORA ROBINSON**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA ROBINSON,** | Case No. SACV-08-1195 CJC (RCx) |
| **Plaintiff,** | (~~Proposed~~) **ORDER OF DISMISSAL WITH PREJUDICE** |
| **v.** | |
| **KIMMIE'S COFFEE CUP, INC., a California corporation, dba KIMMIE'S COFFEE CUP, GOLDEN TRULY LLC, a California Limited Liability Company, and DOES ONE TO TEN, inclusive,** | |
| **Defendants.** | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>ROBINSON v KIMMIES COFFEE CUP, INC., et al.</u>, Case Number SA CV 08-1195 CJC (RCx), is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated:  September 24, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE